UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>       vs.<br><br>CRAIG HENRY,<br><br>                  Defendant. | CASE NO. 13-cr-02305-GPC<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>OCT 3 1 2013<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY /s/ HMS DEPUTY |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_x_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment/Information:

      8:1326(a) and (b) - Attempted Reentry of Removed Alien (Felony)(1)

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/31/13

                                            Bernard G. Skomal
                                            U.S. Magistrate Judge